

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0594-09

**BILLY RAY BRYANT, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON REHEARING OF APPELLANT'S
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE SIXTH COURT OF APPEALS
## RED RIVER COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of capital murder and sentenced to confinement for life. The Court of Appeals affirmed the conviction. *Bryant v. State*, ___S.W.3d___ (Tex. App. — Texarkana, No. 06-08-00037-CR, delivered March 13, 2009). Appellant's petition for discretionary review was dismissed as untimely filed on August 19, 2009. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be

considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed

on May 26, 2009, is reinstated as of October 7, 2009, and will be considered in accord

with Tex.R.App.P. 68.  The copies must be filed in THIS Court by October 14, 2009.

Delivered October 7, 2009
Do not publish